JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LEDESMA,<br><br>PLAINTIFF(S),<br>v.<br>VENTURA COUNTY SHERIFF'S OFFICE, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 16-0921 BRO (FFM)<br><br>JUDGMENT<br>(Failure to Pay Full Filing Fee) |

On _____February 12, 2016_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated _____March 21, 2016_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

_5.3.16_
Date

_[signature]_
United States District Judge

Presented by:

_[signature]_
United States Magistrate Judge