

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO LEDESMA, | CASE NUMBER: |
| PLAINTIFF(S), | CV 16-0921 BRO (FFM) |
| v. | **ORDER TO SHOW CAUSE RE DISMISSAL FOR** |
| VENTURA COUNTY SHERIFF'S OFFICE, et al., | **FAILURE TO PAY:** |
| | ☐ **FULL FILING FEE** |
| DEFENDANT(S). | ☑ **INITIAL PARTIAL FILING FEE** |

On _____ July 8, 2016; extended on January 17, 2017 _____ , plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $ _____ 17.82 _____ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

_____ 5-24-17 _____
Date

_____ _____
United States Magistrate Judge