

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANCISCO LEDESMA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 16-0921 BRO (FFM) |
| VENTURA COUNTY SHERIFF'S OFFICE, et al., | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On __July 8, 2016; ext. January 17, 2017__, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated __May 24, 2017__, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

__6-28-17__
Date

United States District Judge

Presented by:

United States Magistrate Judge